**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 201 WAL 2023
                                      :
             Respondent              :
                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court
             v.                           :
                                        :
                                        :
THOMAS ROBERT ROMESBURG,       :
                                        :
             Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

      Justice McCaffery did not participate in the consideration or decision of this matter.